UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-297-MOC

| | |
|---|---|
| **MARK EDWIN SIZEMORE,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **KILOLO KIJAKAZI,** **Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 13). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 13), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Signed: September 16, 2021



Max O. Cogburn Jr.
United States District Judge